IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

FRANK R. O'BRIEN, JR., et al.,                              No. 12-3357
       Plaintiffs-Appellants,

      v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,
       Defendants-Appellees
_____

ANNEX MEDICAL, INC., et al.,                                No. 13-1118
       Plaintiffs-Appellants,

      v.

KATHLEEN SEBELIUS, Secretary of Health
and Human Services, et al.,
       Defendants-Appellees
_____

## NOTICE OF SUPPLEMENTAL BRIEFING
## ON JURISDICTIONAL ISSUES

      Oral argument has not been scheduled in these appeals. Both cases present the question whether, under the Religious Freedom Restoration Act, a for-profit, secular corporation may deny its employees federally required health coverage benefits, if the corporation's controlling shareholders assert a religious objection to the group health plan's coverage of certain health services. The same issue is pending before the Tenth Circuit in *Hobby Lobby Stores, Inc. v. Sebelius*, No. 12-6294 (10th Cir.), which has scheduled an initial en banc hearing for May 23, 2013.

We respectfully advise this Court that the en banc Tenth Circuit in *Hobby Lobby* called for simultaneous supplemental briefing on threshold questions of jurisdiction that pertain to standing and the Anti-Injunction Act. A copy of the briefing order is attached to this notice. The parties' supplemental briefs were filed on April 22, 2013, and are available through the Tenth Circuit's electronic docket. We are calling this supplemental briefing to this Court's attention because the issues raised bear on the Court's jurisdiction. We are prepared to rest on our Tenth Circuit supplemental brief and recognize that plaintiffs here also may wish the opportunity to address these jurisdictional issues.

        Respectfully submitted,

        MARK B. STERN
        (202) 514-1597

        /s Alisa B. Klein
        _____
        ALISA B. KLEIN
        (202) 514-1597
        [alisa.klein@usdoj.gov](mailto:alisa.klein@usdoj.gov)
        Attorneys, Appellate Staff
        Civil Division
        U.S. Department of Justice
        950 Pennsylvania Ave., N.W., Room 7235
        Washington, D.C. 20530

April 24, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2013, I filed and served the foregoing notice on counsel of record through this Court's CM/ECF system.

/s Alisa B. Klein
_____
Alisa B. Klein

FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**April 1, 2013**

Elisabeth A. Shumaker
Clerk of Court

HOBBY LOBBY STORES, INC., et al.,

    Plaintiffs – Appellants,

v.

KATHLEEN SEBELIUS, in her official capacity as Secretary of the United States Department of Health and Human Services, et al.,

    Defendants – Appellees.

------------------------------

EMERITUS PROFESSOR OF LAW CHARLES E. RICE, et al.,

    Amici Curiae.

No. 12-6294

**ORDER**

Before **BRISCOE**, Chief Judge, **KELLY**, **LUCERO**, **HARTZ**, **O'BRIEN**, **TYMKOVICH**, **GORSUCH**, **MATHESON**, and **BACHARACH**, Circuit Judges.[*]

The appellants and appellees are directed, within 14 days of the date of this order, to file simultaneous supplemental briefing addressing the following issues:

---

[*] The Honorable Jerome A. Holmes is recused in this appeal.

1) Whether the individual plaintiffs/appellants have standing to bring the Religious Freedom Restoration Act (RFRA) and Free Exercise Clause claims alleged in the complaint? In particular, the parties should address the application of the Women's Preventive Healthcare Regulations challenged in the complaint to Article III standing.

2) Whether Hobby Lobby Stores, Inc. and Mardel, Inc., as for-profit corporations organized under Oklahoma law, have standing, independent of the rights of their corporate shareholders, to assert the RFRA and Free Exercise Clause claims alleged in the complaint?

3) Whether Hobby Lobby Stores, Inc. and Mardel, Inc., as for-profit corporations organized under Oklahoma law, have standing to assert the free exercise rights of their corporate shareholders? In doing so, the parties are directed to specifically address the relevance, if any, of the Supreme Court's decisions in <u>Tony and Susan Alamo Foundation v. Secretary of Labor</u>, 471 U.S. 290, 303 n.26 (1985), and <u>NAACP v. Alabama ex rel. Patterson</u>, 357 U.S. 449, 458-459 (1958).

4) The effect, if any, of the Anti-Injunction Act, 26 U.S.C. § 7421(a), on the jurisdiction of this court to entertain Hobby Lobby's suit at this time.

The supplemental briefs shall be no longer than 30 pages in a 14 point font, and should be filed via the court's ECF system. The parties shall also forward 12 hard copies

of the briefs to the clerk's office. Those briefs should be received within 2 business days of the electronic filing.

                                      Entered for the Court

                                      ELISABETH A. SHUMAKER, Clerk

3